RECEIVED - USDC -NH
2026 NOV 3 PM 12:41

UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Nicholas Thrasher

Plaintiff(s)

v.

New Hampshire

Defendant(s)

COMPLAINT

**Parties to this Complaint**

Plaintiff(s)'s Name, Address and Phone Number

Nicholas Thrasher
30 Colby Rd Kingston NH 03848

Defendant(s)'s Name, Address and Phone Number

New Hampshire
Route 125, Brentwood NH 03833

**Jurisdiction and Venue:**

(Explain why your case is being filed in federal court and why the court is legally permitted to hear your case. Add additional sheets as necessary.)

Federal law is being used against the State.

**Statement of Claim:**

(As briefly as possible, state each claim you have against defendant(s) and state the legal cause of action, facts, and circumstances that gave rise to your claim(s). Add additional sheets as necessary.)

Scope is intentionally large as this is a longterm issue.

Basis of complaint is pattern corruption is infringing civil Rights by multiple contacts ~~[illegible]~~ falling under racketeering laws.

NH is not only acting negligently but egregiously corrupt.

**Relief Requested from the Court:**

(Briefly state exactly what you want the Court to do for you. Add additional sheets as necessary.)

Protection order nulling ongoing all court rulings historically cease of contact

And immediate assistance stopping ongoing malware, surveilance, interference, attempted murder, fraud.

I gave Dover PD technical evidence of network meshing found in sound zoning with zero assistance stopping the issue. NH State also has had posession of affected devices and told cop not to investigate to my knowledge.

**Jury Demand**

☑ Check this box if you are requesting a jury trial (if you want a jury of your peers to decide your case).

☐ Check this box if you are NOT requesting a jury trial (if you want the assigned judge to decide your case).

Date: 11/4/26

Signature: [signature]